IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

NORMA A. DONALDSON,  :  Bankruptcy No. 16-20432-JAD
:
:  Related to Doc. # 26
:
Debtors.  :  Chapter 7
_____X

# ORDER

**AND NOW,** this **30th** day of **September**, 2016, **IT APPEARS TO THE COURT** that:

1. The above-captioned Chapter 7 petition was filed on **February 11, 2016**.

2. A meeting of creditors was scheduled for **March 28, 2016**. On **March 28, 2016**, the Chapter 7 Trustee placed an entry on the docket at **Doc. #17** indicating that the meeting of creditors was not held *as Debtor did not appear* and requested the Clerk to reschedule the meeting.

3. The meeting of creditors was rescheduled to **May 23, 2016**. On **May 23, 2016**, the Chapter 7 Trustee entered a virtual entry on the docket at **Doc. # 88**, stating that the Debtor failed to attend the scheduled meeting of creditors. The trustee recommended that the Court dismiss the bankruptcy case.

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that a **RULE TO SHOW CAUSE** To Determine Why The Case Should Not Be Dismissed For Debtor's Failure To Attend Scheduled § 341 Meetings of Creditors **IS SCHEDULED** for **Wednesday, November 2, 2016**, at **10:00 AM** in **Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219**.

JEFFERY A. DELLER   mas
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
All Creditors and Parties in Interest

FILED
9/30/16 1:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00019390

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-20432-JAD
Norma A. Donaldson                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch              Page 1 of 1              Date Rcvd: Sep 30, 2016
                              Form ID: pdf900         Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2016.
db              +Norma A. Donaldson,    872 Boyers Rd,    Boyers, PA 16020-1506
14176714        +Citibank NA,    c/o Victoria W. Chen, Esquire,    KML Law Group,    701 Market St., Suite 5000,
                  Philadelphia, PA 19106-1541
14176715        +First National Bank,    4140 East State St,    Hermitage, PA 16148-3401
14176716        +Michelle Reznor,    23 Hunt Dr,   Grove City, PA 16127-6389

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr               E-mail/PDF: rmscedi@recoverycorp.com Oct 01 2016 02:00:08
                  Recovery Management Systems Corporation,     25 S.E. Second Avenue,   Suite 1120,
                  Miami, FL  33131-1605
14176713        +E-mail/Text: ally@ebn.phinsolutions.com Oct 01 2016 02:02:25      Ally Financial,
                  PO Box 380902,    Bloomington, MN 55438-0902
14186793         E-mail/PDF: rmscedi@recoverycorp.com Oct 01 2016 02:01:38
                  Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
                                                                                              TOTAL: 3

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CITIBANK, N.A., Et Al...
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    CITIBANK, N.A., Et Al... agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Michael S. Lazaroff    on behalf of Debtor Norma A. Donaldson butlerdebtlaw@zoominternet.net,
               alliedmilitary@berlin.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert  Shearer    on behalf of Trustee Robert  Shearer information@robertshearer.com,
               rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
              Robert  Shearer    information@robertshearer.com,    rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
                                                                                              TOTAL: 5