# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | NORMA A. DONALDSON |
| Case Number: | 16-20432-JAD    Chapter: 7 |
| Date / Time / Room: | WEDNESDAY, NOVEMBER 02, 2016 10:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

RULE TO SHOW CAUSE To Determine Why The Case Should Not Be Dismissed For Debtor's Failure To Attend Scheduled §341 Meetings of Creditors
- No Response Filed
R / M #:  26 / 0

## Appearances:

CHAPTER 7 TRUSTEE:  ROBERT SHEARER, ESQUIRE
DEBTOR:  MICHAEL S. LAZAROFF, ESQUIRE
CREDITOR:

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
   _____ For At Least _____ Days (Court To Issue Scheduling Order)
   _____ To Hearing Date Of _____ at _____ AM/PM at _____
   _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
   _____ Evidentiary Hearing On Value And Cram-Down Interest
   _____ Complex / Pretrial Order - NONJURY  /  JURY
   _____ Simple / Pretrial Order - NONJURY  /  JURY
   _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:  dismiss w/o prejudice.

**- Order Entered 11/2/2016 Dismissing Case Without Prejudice**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
11/2/16 3:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA