IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**NORMA A. DONALDSON,**            :     Bankruptcy No. 16-20432-JAD
                                                              :
                                                              :     Related To Doc. # 26
                                                              :
                                                              :     Issued Per The November 2, 2016
                                                              :     Proceeding
                                                              :
                                 **Debtor.**                            :     Chapter 7
_____X

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

        **AND NOW,** this **2nd** day of **November, 2016, IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor remains legally liable for all of her debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108 (c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

        **IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

        **IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors of this dismissal.

_____
JEFFERY A. DELLER     mas
Chief U.S. Bankruptcy Judge

cm: **All Creditors And All Parties In Interest**

FILED
11/2/16 3:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00019373

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-20432-JAD
Norma A. Donaldson                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: jbre              Page 1 of 1                  Date Rcvd: Nov 02, 2016
                               Form ID: pdf900         Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2016.
db          +Norma A. Donaldson,    872 Boyers Rd,    Boyers, PA 16020-1506
14176714    +Citibank NA,    c/o Victoria W. Chen, Esquire,    KML Law Group,    701 Market St., Suite 5000,
              Philadelphia, PA 19106-1541
14176715    +First National Bank,    4140 East State St,    Hermitage, PA 16148-3401
14176716    +Michelle Reznor,    23 Hunt Dr,    Grove City, PA 16127-6389
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/PDF: rmscedi@recoverycorp.com Nov 03 2016 01:41:23
              Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
              Miami, FL  33131-1605
14176713    +E-mail/Text: ally@ebn.phinsolutions.com Nov 03 2016 01:31:26     Ally Financial,
              PO Box 380902,    Bloomington, MN 55438-0902
14186793     E-mail/PDF: rmscedi@recoverycorp.com Nov 03 2016 01:41:23
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             CITIBANK, N.A., Et Al...
                                                                                             TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    CITIBANK, N.A., Et Al... agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Michael S. Lazaroff    on behalf of Debtor Norma A. Donaldson butlerdebtlaw@zoominternet.net,
               alliedmilitary@berlin.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert  Shearer    on behalf of Trustee Robert  Shearer information@robertshearer.com,
               rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
              Robert  Shearer    information@robertshearer.com,  rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
                                                                                              TOTAL: 5