## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Norma A. Donaldson                     CHAPTER 7
        Debtor(s)

                                              BKY. NO. 16-20432


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

   Kindly enter my appearance on behalf of CITIBANK, N.A., AS TRUSTEE FOR WAMU
ASSET-BACKED CERTIFICATES, WAMU SERIES 2007-HE3, as Servicer, and index same
on the master mailing list.

Re: Loan # Ending In: 4977


                         Respectfully submitted,



                         **/s/ James C. Warmbrodt, Esquire**
                         James C. Warmbrodt, Esquire
                         jwarmbrodt@kmllawgroup.com
                         Attorney I.D. No. 42524
                         KML Law Group, P.C.
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106
                         Phone: 215-825-6306
                         Fax: 215-825-6406
                         Attorney for Movant/Applicant